UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al*.<br><br>Defendants. | Case No. 1:23-cv-00938-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 13) |

On June 22, 2023, Plaintiffs Center for Biological Diversity, the Wilderness Society, Friends of the Earth, and the Natural Resources Defense Council ("Plaintiffs") filed a complaint seeking declaratory and injunctive relief against Defendants U.S. Bureau of Land Management, Debra Haaland, Karen Mouritsen, Gabriel Garcia, John Hodge, and the California Resources Production Corporation ("Defendants"). (Doc. 1). On August 9, 2023, the parties stipulated to an extension of time for the collective federal defendants to file a response to Plaintiffs' complaint on or before September 11, 2023. (Doc. 11).

Pending before the Court is the federal defendants' stipulated request to extend the deadline to respond to Plaintiffs' complaint. (Doc. 13). Federal defendants note they intend to file a motion for remand. *Id*. at 2.

Accordingly, in light of the stipulation and good cause appearing, it is HEREBY

1

ORDERED:

1. The federal defendants' time to file a responsive pleading shall be extended to a date 14-days following the Court's anticipated ruling on those defendants' forthcoming motion for remand;
2. The September 19, 2023, scheduling conference is VACATED; and
3. On or before September 26, 2023, the parties shall file a joint proposed briefing schedule on federal defendants' anticipated motion to remand.

IT IS SO ORDERED.

Dated: __September 11, 2023__          _____
                                        UNITED STATES MAGISTRATE JUDGE