UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00938-JLT-CDB<br><br>ORDER ON STIPULATION SETTING BRIEFING SCHEDULE<br><br>(Doc. 16) |

On June 22, 2023, Plaintiffs Center for Biological Diversity, the Wilderness Society, Friends of the Earth, and the Natural Resources Defense Council ("Plaintiffs") filed a complaint seeking declaratory and injunctive relief against Defendants U.S. Bureau of Land Management ("BLM"), Debra Haaland, Karen Mouritsen, Gabriel Garcia, John Hodge (the "Federal Defendants"), and the California Resources Production Corporation ("CRPC"). (Doc. 1). The Federal Defendants have indicated they intend to file a motion for voluntary remand. (Docs. 13, 15).

Pending before the Court is the parties' stipulated request to set a briefing schedule governing the Federal Defendants' anticipated motion for voluntary remand. Accordingly, in light of the joint stipulation, and good cause appearing, it is HEREBY ORDERED:

1. Federal Defendants shall file their motion for voluntary remand on or before November

7, 2023;

2. The time by which Plaintiffs and Defendant CRPC shall file an opposition or statement of non-opposition to any motion for voluntary remand is extended to on or before December 19, 2023 (*see* Local Rule 230(c));

3. Federal Defendants may file a reply on or before January 9, 2024;

4. The memorandums in support of and in response to the motion for voluntary remand shall be limited to twenty-five pages. Any reply in support of the motion for voluntary remand shall be limited to twenty pages; and

5. The Court acknowledges the parties' agreement that the following documents are part of the administrative record for purposes of this motion: the BLM's decision record, Environmental Assessment, and Finding of No Significant Impact for the six well approvals identified in the Complaint (Doc. 1) and Plaintiffs' comment letter and attachments submitted to BLM regarding the same six well approvals.

IT IS SO ORDERED.

Dated:  **September 27, 2023**

UNITED STATES MAGISTRATE JUDGE