UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, THE WILDERNESS SOCIETY, FRIENDS OF THE EARTH, AND NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF LAND MANAGEMENT; DEBRA HAALAND, in her capacity as Secretary of the U.S. Department of the Interior; KAREN MOURITSEN, in her capacity as California State Director of the U.S. Bureau of Land Management; GABRIEL GARCIA, in his capacity as the Field Manager of the U.S. Bureau of Land Management; JOHN HODGE, in his capacity as the Assistant Field Manager of Minerals of the U.S. Bureau of Land Management; and CALIFORNIA RESOURCES PRODUCTION CORPORATION dba CALIFORNIA RESOURCE PRODUCTION CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-00938-JLT-CDB<br><br>**DECLARATION OF ANDREW COCHRANE**<br><br>Judge: Hon. Jennifer L. Thurston |

I, Andrew Cochrane, declare and state:

1. I am the Regulatory Compliance Manager for California Resources Corporation, the parent corporation of California Resources Production Corporation, and I have held that position since November 2021. Prior to that, I worked as a Senior Operations Engineer, and have worked in the oil and gas industry since 2011. I have a Bachelor of Science degree in Petroleum Engineering from Louisiana State University and a Masters of Business Administration from Arizona State University. I have personal knowledge of the matters set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. I understand from the Complaint for Declaratory and Injunctive Relief (Dkt. No. 1) filed in the above-captioned matter that this action concerns six applications submitted to U.S. Bureau of Land Management in July 2022 for permits to drill near Bakersfield in Kern County, within the Mount Poso oil field.

3. The activities contemplated by the applications include the expansion and grading of five existing well pads, the construction of one additional well pad, the installation of associated power poles and pipelines, and the drilling of six new wells (collectively, the "Activities").

4. The Activities remain under review by California's Department of Conservation, Geologic Energy Management Division ("CalGEM"). CRPC does not intend to proceed with the Activities while CalGEM's review is pending

5. Moreover, due to operational considerations unrelated to the allegations in this action, CRPC will not proceed with the Activities before August 1, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of November, 2023, in Long Beach, California.

_Andrew Cochrane_ (DocuSigned)

Andrew Cochrane