MATT KLINE (S.B. #211640)
mkline@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone: (310) 553-6700
Fax: (310) 246-6779

BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax: (213) 430-6407

O'MELVENY & MYERS LLP
Attorneys for Defendant
California Resources Production Corporation

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, THE WILDERNESS SOCIETY, FRIENDS OF THE EARTH, AND NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT; DEBRA HAALAND, in her capacity as Secretary of the U.S. Department of the Interior; KAREN MOURITSEN, in her capacity as California State Director of the U.S. Bureau of Land Management; GABRIEL GARCIA, in his capacity as the Field Manager of the U.S. Bureau of Land Management; JOHN HODGE, in his capacity as the Assistant Field Manager of Minerals of the U.S. Bureau of Land Management; and CALIFORNIA RESOURCES PRODUCTION CORPORATION dba CALIFORNIA RESOURCE PRODUCTION CORPORATION,<br><br>Defendants. | Case No. 1:23-cv-00938-JLT-CDB<br><br>[~~PROPOSED~~] ORDER GRANTING CALIFORNIA RESOURCES PRODUCTION CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE REPLY<br><br>Judge: Hon. Jennifer L. Thurston |

**[PROPOSED] ORDER**

Having considered California Resource Production Corporation's Motion for Administrative Relief for Leave to File Reply ("Motion") and the attachment thereto, and for good cause appearing, the Court hereby **ORDERS** that the Motion is **GRANTED** and California Resource Production Corporation's Reply to Plaintiffs' Response to Motion for Remand will be considered.

IT IS SO ORDERED.

Dated:   **January 17, 2024**

UNITED STATES DISTRICT JUDGE