UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al*. <br><br> Defendants. | Case No. 1:23-cv-00938-JLT-CDB <br><br> ORDER GRANTING UNOPPOSED MOTION TO AMEND AND SUPPLEMENT COMPLAINT <br><br> (Doc. 37) <br><br> **7-Day Deadline** <br><br> <u>Clerk of the Court to Terminate Plaintiff</u> |

On June 22, 2023, Plaintiffs Center for Biological Diversity, the Wilderness Society, Friends of the Earth, and the Natural Resources Defense Council ("Plaintiffs") initiated this action with the filing of a complaint seeking declaratory and injunctive relief against Defendants U.S. Bureau of Land Management ("BLM"), Debra Haaland, Karen Mouritsen, Gabriel Garcia, John Hodge (the "Federal Defendants"), and the California Resources Production Corporation ("CRPC"). (Doc. 1). Pending before the Court is Plaintiffs' unopposed motion to amend and supplement the complaint. (Doc. 37). In light of Plaintiffs' representations and good cause appearing, pursuant to Federal Rule of Civil Procedure 15(a)(2), IT IS HEREBY ORDERED:

1. Plaintiffs' unopposed motion to amend and supplement complaint (Doc. 37) is GRANTED;
2. No later than July 8, 2024, Plaintiffs SHAL FILE as a stand-alone docket entry the first

amended complaint attached to Plaintiffs' unopposed motion (Doc. 37-1);

3. Defendants shall respond to any first amended complaint within 14 days of its filing (*see* Fed. R. Civ. P. 15(a)(3)); and

4. The Clerk of Court is directed to terminate Plaintiff Natural Resources Defense Council from this action.

IT IS SO ORDERED.

Dated: __**July 1, 2024**__

UNITED STATES MAGISTRATE JUDGE

2