UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*., | Case No. 1:23-cv-00938-JLT-CDB |
| Plaintiffs, | ORDER GRANTING APPLICATION OF JASON T. MORGAN TO PRACTICE *PRO HAC VICE* |
| v. | |
| U.S. BUREAU OF LAN MANAGEMENT, *et al*., | (Doc. 47) |
| Defendants. | |

The Court has considered the application of Jason T. Morgan, attorney for Defendant Innex California, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 47). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED:

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **August 28, 2024**                   _____

UNITED STATES MAGISTRATE JUDGE