UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*.,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. BUREAU OF LAN MANAGEMENT, *et al*.,<br><br>          Defendants. | Case No. 1:23-cv-00938-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF RYAN P. STEEN TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 48) |

The Court has considered the application of Ryan P. Steen, attorney for Defendant Innex California, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 48). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED:

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **August 28, 2024**                          _____
                                                                           UNITED STATES MAGISTRATE JUDGE