MICHELLE GHAFAR (CA Bar No. 315842)
(Designated as counsel for service)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2186 / Fax: (415) 217-2040

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 531-0841 / Fax: (206) 343-1526

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Civ. No. 1:23-cv-00938-JLT-CDB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT INNEX CALIFORNIA, INC.'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE**<br><br>Date: November 4, 2024<br>Time: 9:00 am<br>Courtroom: 4 (7th Floor)<br><br>**District Judge:** Hon. Jennifer L. Thurston<br>**Magistrate Judge:** Hon. Christopher D. Baker |

The Parties hereby stipulate to extend the time to respond to Defendant INNEX California, Inc.'s ("INNEX's") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1). In support, the Parties state as follows:

1. On June 22, 2023, Plaintiffs challenged the Environmental Assessment ("EA"), Finding of No Significant Impact ("FONSI"), and Decision Record issued by Federal Defendant U.S Bureau of Land Management ("BLM") to approve six Applications for Permits to Drill new oil wells for Defendant California Resources Production Corporation ("CRPC") in Kern County, California. ECF No. 1.

2. On November 7, 2023, BLM moved for remand without vacatur. ECF No. 21.

3. On December 19, 2023, CRPC responded with a notice of non-opposition to BLM's motion, and Plaintiffs opposed BLM's motion. ECF Nos. 22 & 23.

4. On January 9, 2024, both CRPC and BLM filed replies to Plaintiffs' opposition. ECF Nos. 25 & 26.

5. On March 5, 2024, Plaintiffs moved for leave to file supplemental authority in support of their opposition to BLM's motion for remand without vacatur. ECF No. 32.

6. On March 11, 2024, both BLM and CRPC opposed Plaintiffs' request. ECF Nos. 33 & 34.

7. On May 23, 2024, before the Court ruled on the pending motions, BLM issued an updated EA and FONSI concerning CRPC's six Applications for Permits to Drill. On the same day, BLM also issued an EA and FONSI for four Applications for Permits to Drill new oil wells for INNEX in Kings County, California, and issued the accompanying Decision Record approving the permits on May 28, 2024.

8. As a result, on June 26, 2024, the Parties withdrew all pending motions as moot. BLM and CRPC also provided consent for Plaintiffs to amend and supplement their complaint. ECF No. 35.

9. On June 28, 2024, Plaintiffs moved to amend and supplement their complaint to add allegations concerning BLM's new EA and FONSI for the six permits for CRPC, and to challenge BLM's approval of the four new permits for INNEX. ECF No. 37. The Court granted

the motion on July 1, 2024. ECF No. 38.

10. On July 8, 2024, Plaintiffs filed their first amended and supplemental complaint. ECF No. 40.

11. On August 27, 2024, both BLM and CRPC filed their answers. ECF Nos. 50 & 51. INNEX filed a motion to dismiss Plaintiffs' first amended and supplemental complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for failure to state a claim upon which relief can be granted. ECF No. 52. Plaintiffs stated that they intended to oppose the motion, BLM reserved its right to respond to the motion, and CPRC took no position on the motion at the time it was filed.

12. To allow the responding Parties additional time to confer with their clients and prepare their responses to INNEX's motion to dismiss, the Parties stipulate to extend the time to respond to INNEX's motion as follows:

| | |
|---|---|
| October 8, 2024 | Deadline for Plaintiffs' opposition to INNEX's motion and any amended complaint. |
| | Deadline for BLM and CRPC's responses to INNEX's motion. |
| October 18, 2024 | Deadline for INNEX's reply in support of its motion. |

13. The Parties also respectfully request to move INNEX's requested hearing date from October 7, 2024 at 9:00 am, to November 4, 2024 at 9:00 am.

A proposed order is attached.

Respectfully submitted,

Dated: September 5, 2024

*/s/ Michelle Ghafar*
MICHELLE GHAFAR (CA Bar No. 315842)
mghafar@earthjustice.org
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2186 / Fax: (415) 217-2040

|   |   |
|---|---|
| 1 | ELIZABETH B. FORSYTH |
|   | (CA Bar No. 288311) |
| 2 | eforsyth@earthjustice.org |
|   | Earthjustice |
| 3 | 810 Third Avenue, Suite 610 |
|   | Seattle, WA 98104 |
| 4 | Tel: (206) 531-0841 / Fax: (206) 343-1526 |

*Counsel for Plaintiffs*

/s/ *Lucy E. Brown* (as authorized 9/5/24)
LUCY E. BROWN (HI Bar No. 10946)
Lucy.E.Brown@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-1868

*Counsel for Federal Defendants*

/s/ *Brittany Rogers* (as authorized 9/5/24)
BRITTANY ROGERS (CA Bar No. 274432)
brogers@omm.com
California Resources Production Corporation
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000 / Fax: (213) 430-6407

*Counsel for Defendant California Resources Production Corporation*

/s/ *Jason T. Morgan* (as authorized 9/5/24)
JASON T. MORGAN (*admitted pro hac vice*)
jason.morgan@stoel.com
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 624-0900

*Counsel for Defendant INNEX California, Inc.*

STIPULATION TO EXTEND TIME TO RESPOND TO INNEX'S
MOTION TO DISMISS AND TO CONTINUE HEARING DATE       4