MICHELLE GHAFAR (CA Bar No. 315842)
(Designated as counsel for service)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2186 / Fax: (415) 217-2040

ELIZABETH B. FORSYTH (CA Bar No. 288311)
eforsyth@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 531-0841 / Fax: (206) 343-1526

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　　Defendants. | Civ. No. 1:23-cv-00938-JLT-CDB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT INNEX CALIFORNIA, INC.'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE**<br><br>Date: November 4, 2024<br>Time: 9:00 am<br>Courtroom: 4 (7th Floor)<br><br>**District Judge:** Hon. Jennifer L. Thurston<br>**Magistrate Judge:** Hon. Christopher D. Baker |

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED:

1.   The deadline for Plaintiffs' opposition to Defendant INNEX California, Inc.'s ("INNEX's") motion to dismiss and any amended complaint is October 8, 2024.

2.   The deadline for any responses from Defendant U.S. Bureau of Land Management and Defendant California Resources Production Corporation to INNEX's motion is also October 8, 2024.

3.   The deadline for INNEX's reply in support of its motion to dismiss is October 18, 2024.

4.   INNEX's requested hearing date for its motion is moved from October 7, 2024 at 9:00 am to November 4, 2024 at 9:00 am.

**IT IS SO ORDERED.**

Dated:

_____
_____
Hon. Jennifer L. Thurston
U.S. District Judge