UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00938-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANT INNEX CALIFORNIA, INC.'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE<br><br>(Doc. 55) |

Pending before the Court is the parties' stipulated request to extend Plaintiffs time to respond to Defendant Innex California, Inc.'s motion to dismiss and to continue hearing date. (Doc. 55). The parties request additional time to confer with their clients and prepare responses to Defendant's motion. *Id*. at 3.

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs shall file an opposition to Defendant Innex California, Inc.'s motion to dismiss on or before October 8, 2024;

2. Defendants U.S. Bureau of Land Management and California Resources Production Corporation shall file a response to Defendant Innex California, Inc.'s motion to dismiss on or before October 8, 2024;

3. Defendant Innex California, Inc. shall file a reply in support of its motion on or before October 18, 2024; and

4. The motion hearing date set for October 7, 2024, shall be reset to November 4, 2024, at 9:00 am before the Honorable District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **September 6, 2024**

UNITED STATES MAGISTRATE JUDGE

2