UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No.   1:23-cv-00938-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE TO MAY 27, 2025, AT 8:30 AM<br><br>(Docs. 77, 78) |

Pending before the Court is the parties' joint stipulated request to extend the time for the parties to submit their joint scheduling report from April 28, 2025, to May 20, 2025, and continue the scheduling conference from May 5, 2025, to May 27, 2025, filed on April 24, 2025.  (Doc. 78). As the pleadings on Plaintiffs' operative, second amended complaint have settled only recently, the parties represent the stipulated request for continuance is to allow sufficient time for the parties to confer and address the topics in the Court's order setting mandatory scheduling conference (*see* Doc. 4).  (*Id.* ¶ 6).

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for May 5, 2025, is continued to **May 27, 2025, at 8:30 AM**.  The parties are DIRECTED to file a Joint Scheduling Report one (1) full week prior to the scheduling

1

conference (*i.e.*, no later than May 20, 2025) in accordance with the Court's order setting mandatory scheduling conference. *See* (Doc. 4 at 2).

IT IS SO ORDERED.

Dated:  **April 24, 2025**

_____
UNITED STATES MAGISTRATE JUDGE