ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ALEX J. HARDEE (NC Bar #56321)
DUSTIN WEISMAN (CO Bar #44818)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
alex.hardee@usdoj.gov
dustin.weisman@usdoj.gov
(202) 514-2398

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>            Defendants. | No. 1:23-cv-00938-JLT-CDB<br><br>**NOTICE OF INDEX TO CERTIFIED ADMINISTRATIVE RECORDS** |

1   Federal Defendants hereby file the attached index to the certified administrative records
2  for the two actions challenged in this case.

DATED: June 30, 2025                    Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Alex J. Hardee*
ALEX J. HARDEE
Environmental Defense Section
DUSTIN WEISMAN
Natural Resources Section

*Attorneys for Federal Defendants*

2